501 P.2d 14

**Robert J. LUBBEHUSEN, Appellant,**

v.

**Frances LUBBEHUSEN, Appellee.**

**No. 10755–PR.**

·Supreme Court of Arizona.

Sept. 26, 1972.

Further ordered: Petition for review denied.